IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JIM T. PRICE, | No. CV 07-200-MO |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and REMANDED for further proceedings consistent with the Opinion and Order of the court filed April 25, 2008 (#19).

    DATED this  30th  day of April, 2008.

                                                  /s/ Michael W. Mosman  
                                                  MICHAEL W. MOSMAN  
                                                  United States District Judge

PAGE 1 - JUDGMENT