WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'08 JUL 28 16:02 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JIM PRICE,**                                                                 CV # 07-200-MO

  Plaintiff,

vs.                                                                            ORDER

**COMMISSIONER of Social Security,**

  Defendant.

---

Attorney fees in the amount of $6,650.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 28 day of July, 2008.

_____
United States District Judge

Submitted on July 25, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1